FILED
DEC 21 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPOINTMENT OF CJA APPELLATE PANEL | **ORDER OF APPOINTMENT**<br>'07 MC 0618 |

The CJA Appellate Panel shall consist of the following attorneys effective January 1, 2008:

1. MICHELLE D. ANDERSON, ESQ.
2. J. KERRY BADER, ESQ.
3. JERALD LEE BRAININ, ESQ.
4. GORDON S. BROWNELL, ESQ.
5. KARYN H. BUCUR, ESQ.
6. FREDERICK M. CARROLL, ESQ.
7. MARISA LYNNE DERSEY CONROY, ESQ.
8. DEBRA A. DiIORIO, ESQ.
9. ARZA FELDMAN, ESQ.
10. STEVEN A. FELDMAN, ESQ.
11. JAMI L. FERRARA, ESQ.
12. VIVIAN FU, ESQ.

13. MARTHA M. HALL, ESQ.
14. CRISTINA GABRIELIDIS LECHMAN, ESQ.
15. ZANDRA L. LOPEZ, ESQ.
16. GEORGIA K. MCMILLEN, ESQ.
17. MICHAEL PETRIK, JR., ESQ.
18. ROBERT H. REXRODE III, ESQ.
19. HEATHER RUTH ROGERS, ESQ.
20. KEITH H. RUTMAN, ESQ.
21. GERSON SIMON, ESQ.
22. HOLLY A. SULLIVAN, ESQ.
23. ROBERT L. SWAIN, ESQ.
24. JODI DENISE THORP, ESQ.
25. ARTHUR H. WEED, ESQ.
26. DAVID ZUGMAN, ESQ.

**IT IS SO ORDERED.**

DATED: December 21, 2007

LOUISA S PORTER
United States Magistrate Judge

cc: All District Judges

MICHELLE D. ANDERSON, ESQ.
110 West C Street, Ste 707
San Diego, CA 92101

J. KERRY BADER, ESQ.
964 Fifth Avenue, Ste. 214
San Diego, CA 92101

GEORGIA K. MCMILLEN, ESQ.
P.O. Box 1512
Wailuku, HI 96793

MICHAEL PETRIK, JR., ESQ.
726 9th Avenue
San Francisco, CA 94118

ROBERT H. REXRODE III, ESQ.
427 C Street, Suite 300
San Diego, CA 92101

HEATHER RUTH ROGERS, ESQ.
427 C Street, Suite 300
San Diego, CA 92101

KEITH H. RUTMAN, ESQ.
701 B Street, Ste. 1110
San Diego, CA 92101-8103

GERSON SIMON, ESQ.
2275 Huntington Dr. No. 165
San Marino, CA 91108

HOLLY A. SULLIVAN, ESQ.
110 West C Street, Suite 707
San Diego, CA 92101

ROBERT L. SWAIN, ESQ.
964 Fifth Avenue, Suite 214
San Diego, CA 92101

JODI DENISE THORP, ESQ.
427 C Street, Suite 300
San Diego, CA 92101

ARTHUR H. WEED, ESQ.
21 East Canon Perdido, Suite 217
Santa Barbara, CA 93101

DAVID ZUGMAN, ESQ.
964 Fifth Avenue, Suite 300
San Diego, CA 92104

STEVE HUBACHECK, ESQ.
Federal Defenders
225 Broadway #900
San Diego, CA 92101-5008